IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MOIZ FOOD MART, INC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 5:17-CV-01009 |
| | § | |
| COVINGTON SPECIALTY INSURANCE | § | |
| COMPANY, and JASON HODGE | § | |
| | § | |
| Defendants. | § | |

---

**MOIZ FOOD MART, INC, COVINGTON SPECIALTY INSURANCE COMPANY AND JASON HODGE'S JOINT MOTION TO REMAND**

---

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff MOIZ FOOD MART, INC.  filed this lawsuit in State District Court in Bexar County, Texas on August 31, 2017.  Defendant COVINGTON SPECIALTY INSURANCE COMPANY ("Covington") and Defendant JASON HODGE ("Hodge") removed the case to this Court on October 9, 2017 [Doc. 1].  Plaintiff filed Plaintiff's Opposed Motion to Remand on November 7, 2017 [Doc. 5].  Thereafter, the parties conferred and resolved the jurisdictional issues and the parties agree to proceed with this case in the State Court in which it was originally filed. For the foregoing reason, Plaintiff MOIZ FOOD MART, INC., Defendants COVINGTON SPECIALTY INSURANCE COMPANY AND JASON HODGE ask the Court to remand this case back to the 131ST Judicial District, Bexar County, Texas.

Respectfully submitted,

PERRY DOMINGUEZ LAW FIRM PLLC
1045 Cheever Blvd., Suite 103
San Antonio, Texas 78217
Telephone:    (210) 562-2888
Facsimile:    (210) 570-2322

BY: _/s/Perry J. Dominguez_
      Perry J. Dominguez II
      State Bar No. 24055414
      perry@pdattorney.com

      ATTORNEY FOR PLAINTIFF


**AND**


LEWIS BRISBOIS BISGAARD & SMITH
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone (713) 659-6767
Facsimile (713) 759-6830


BY: _/s/ Jane Haas_
      Jane Haas
      State Bar No. 24032655
      Jane.haas@lewisbrisbois.com

      ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served in compliance with the Federal Rules of Civil Procedure through the CM/ECF filing system to:

Jane Haas
Joelle G. Nelson
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone (713) 659-6767
Facsimile (713) 759-6830

And

Marc K. Whyte
Whyte PLLC
1045 Cheever Blvd., Suite 103
San Antonio, Texas 78217
Telephone (210) 562-2888
Facsimile (210) 562-2873

on this the 13th  day of November, 2017.

*/s/ Perry J. Dominguez*
PERRY J. DOMINGUEZ, *Attorney in Charge*