# UNITED STATES DISTRICT COURT

Western District of Texas
655 East Cesar E. Chavez Blvd., Room G-65
San Antonio, Texas 78206

Jeannette J. Clack
Clerk of Court

November 14, 2017

Clerk
131st Judicial District, Bexar County
100 Dolorosa
San Antonio, Texas 78205

I, JEANNETTE J. CLACK, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the 131st Judicial District, Bexar County, Texas, pursuant to an Order entered remanding, by the Honorable Xavier Rodriguez, District Judge. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-17-CV-1009-XR; Moiz Food Mart, Inc. v. Covington Specialty Insurance Company et al

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 14th day of November, 2017.

JEANNETTE J. CLACK CLERK
BY: _____
Amy E. Jackson, Deputy Clerk